```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHRISTOPHER K. PELHAM (Cal. State Bar No.: 241068)
 4  Assistant United States Attorney
    General Crimes Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0610
 7       Facsimile: (213) 894-2744
         E-mail: christopher.pelham@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-1442-DSF |
|---|---|
| Plaintiff, | ) **FINDINGS AND ORDER REGARDING** |
| | ) **CONTINUANCE OF TRIAL DATE AND** |
| v. | ) **EXCLUDABLE TIME PERIODS UNDER** |
| | ) **THE SPEEDY TRIAL ACT** |
| ALLEN ROY RAPPUHN and | ) |
| BRIANA NOELLE PELZ, | ) Current Trial Date:   4/1/08 |
| | ) NEW Trial Date:   4/29/08 |
| Defendants. | ) Status Conference Date: 4/14/08 |

   Having considered the Stipulation Regarding Continuance of Trial Date and Excludable Time Periods Under the Speedy Trial Act, and good cause appearing, the Court hereby finds:

   1.   Defendants first appeared before a judicial officer in the court in which this charge is pending on December 20, 2007. The Indictment in this case was filed on December 28, 2007. The Speedy Trial Act of 1974, 18 U.S.C. section 3161 et seq., originally required that the trial commence on or before March 7, 2008.

2.   On January 14, 2008, defendants were arraigned on the Indictment, on which date the court set a trial date of February 19, 2008 at 8:00 a.m. and a status conference date of January 29, 2008 at 8:30 a.m.

3.   There has been one previous continuance in this matter to April 1, 2008, and the court has previously found the intervening period excludable pursuant to the Speedy Trial Act of 1974, 18 U.S.C. section 3161 <u>et seq.</u>

4.   The parties currently estimate that the trial in this matter will last approximately 4-6 days.

5.   This case involves voluminous discovery, including over 1,000 pages of documents as well as three compact disks containing several hundred digital images and several videos that the government has produced to defense counsel.

6.   Defense counsel both desire additional time to review the discovery and believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

7.   Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, <u>et seq.</u>, within which trial must commence, the time period of February 19, 2008 to April 29, 2008 shall deemed excludable pursuant to 18 U.S.C. section 3161(h)(8)(A), (h)(8)(B)(i), and (h)(8)(B)(iv),

because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

THEREFORE, GOOD CAUSE SHOWING:

IT IS HEREBY ORDERED that, for the reasons set forth above, the time period from January 29, 2008 to and including April 29, 2008 is deemed excludable time under the Speedy Trial Act of 1974, 18 U.S.C. sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that a status conference is set for April 14, 2008 at 8:30 a.m. Defendants are ordered to appear.

IT IS FURTHER ORDERED that the trial is set for April 29, 2008 at 8:00 a.m. Defendants are ordered to appear.

IT IS SO ORDERED.

DATE: 3/19/08

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE