FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALLEN RAPPUHN, ) <br> ) <br> Defendant. ) <br> ) | NO.: CR 07-01442-DSF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

1     based on his failure to proffer any evidence to meet his burden
2     on this issue;
3     and
4 B. (X) The defendant has not met his burden of establishing by
5     clear and convincing evidence that he is not likely to pose a
6     danger to the safety of any other person or the community if
7     released under 18 U.S.C. § 3142(b) or (c). This finding is
8     based on his failure to proffer any evidence to meet his burden
9     on this issue.
10    IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

13 DATED: February 27, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE